**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROMOAN COLLINS, | ) NO. CV-16-03703-DMG (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 1, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE